IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SPRINGFIELD, IL.

| | |
|---|---|
| PLAINTIFF) | ) CASENO.: 18-cv-3162 |
| -VS- | ) |
| | ) |
| AMERICAN INTERCONTINENTAL | ) |
| UNIVERSITY, | ) |
| DEFENDANTS, | ) |

**FILED**
JUN 28 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PETITION TO FILE LAWSUIT AGAINST DEFENDANTS AMERICAN INTERCONTINENTAL UNIVERSITY FOR THEIR DISCRIMINATORY ACTIONS:**

Under Title VI Civil Rights act of 1964 it prohibits educational discrimination based on the ADA which in the petition you will see how I'm protected & how AIU is even still today discriminating against me based on disability & how my transcript is written. Section 504 of the Rehabilitation Act prohibits educational discrimination, & also Title II of the Americans With Disability Act prohibits discrimination in housing, employment & education. Entities that accept federal funding FAFSA are included in these situations. Programs or activities that receive ED funds must provide aids, benefits, or services in a non-discriminatory manner. Such aids, benefits, or services include but are not limited to:

- Admissions,
- Recruitment,
- Financial Aid,
- Academic Programs,
- Student Treatment & Services,
- Counseling & Guidance,
- Discipline,
- Classroom Assignment,
- Grading,
- Vocational Education,
- Recreation,
- Physical Education,
- Athletics,
- Housing,
- Employment.

Pursuant to Federal Rule of Civil Procedure rule 56 & this court's rule # 7, Plaintiff's seek the following: Pain & Suffering for all the turmoil that the defendant's American Intercontinental University have bestowed upon the plaintiff I have several emails to prove my case & phone records from every call placed & received from defendant's American Intercontinental University the complaint is as follows:

On May 10, I was looking online to find an online college that takes Pell Grant that I can borrow on my FAFSA loans to help my sick husband with Renal Failure who's blind be able to get him housing, & a vehicle to get a job to get him off the streets as a homeless individual. When I was searching I was on Facebook & found an ad for American Intercontinental University unbeknown that I was going to have so much turmoil with this university I've attended several universities & I know their process for receiving Federal refunds I signed up online, & immediately got a call to do the financial aid which I did, I just got done with the Financial Aid a couple weeks ago as I was supposedly under verification contacted FAFSA to see what I could do to get out of verification & was told I was never under verification they didn't know why the school was doing this I immediately called Financial Aid & was treat like a dog told I was under Verification I said OK I'm just going to file a lawsuit because I'm tired of everyday something happening with my funds. All of a sudden I filled out the budget worksheets & was told my Financial Aid went through I'd receive the 1st payment on June 26, the 1st day I applied I was told I'd have the money a week later, a week later called & was told I'd have it in 30 days, 30 days passed mind you class started May 30 I'm done Thursday with UNIV 103, even today still having problems receiving my funds from FAFSA, I submitted 5 transcripts I'm supplying with this lawsuit from Auburn High School, Admissions is not accepting my high school transcripts because they don't recognize it because I was in special needs in high school it's a regular diploma it just says when I graduated, how many people were in my rank & pass fail & all say pass. That's all Auburn High School will give me I called several times & spoke to Admissions they refuse to accept this I started school & now their talking about dropping me Friday if they don't get another transcript like they want when calling Admissions I was told by one of American Intercontinental University's workers that they don't accommodate people who were in special needs which is clearly discrimination & if this was the case they were going to rescind my education and kick me out of American Intercontinental University for the reasons set forth above I pray to the courts for my lawsuit against American Intercontinental University to go through & I pray for the relief requested in the amount of what is owed to me which is 9,000 from FAFSA.

**Memorandum in Support of Plaintiff's motion for amount owed to Plaintiff Tracey Gragg.**