E-FILED
Wednesday, 01 August, 2018 04:34:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRACEY M. GRAGG,<br><br>  Plaintiff,<br><br>   v.<br><br>AMERICAN INTERCONTINENTAL<br>UNIVERSITY,<br><br>  Defendant. | No. 18-CV-3162 |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 3) entered on July 13, 2018. Judge Schanzle-Haskins recommends that this Court dismiss this case with leave to replead.

Objections to the Report and Recommendation were due 14 days after service of a copy of the Report and Recommendation. The Clerk of the Court mailed a copy of the Report and Recommendation to Plaintiff on July 13, 2018. When a party must act within a specified time after being served and service is made by

mail, three days are added to the time period. Fed. R. Civ. P. 6(d). Therefore, objections were due on July 30, 2018. Plaintiff did not file any objections.

Pursuant to Federal Rule of Civil Procedure 72(b)(3), the Court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The Court reviews <u>de</u> <u>novo</u> any part of the Report and Recommendation to which a proper objection has been made. Fed. R. Civ. P. 72(b)(3). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." <u>Johnson v. Zema Sys. Corp.</u>, 170 F. 3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

Judge Schanzle-Haskins found that the complaint failed to state a claim under the Americans with Disabilities Act or the Rehabilitation Act because Plaintiff did not allege that she is disabled. In addition, Plaintiff failed to allege a causal connection between a disability and the alleged wrongful conduct.

After reviewing the Complaint, the Report and Recommendation, and the applicable law, this Court finds no clear error.

**IT IS THEREFORE ORDERED THAT:**

**(1)   The Report and Recommendation (d/e 3) is ADOPTED in its entirety.**

**(2)   This case is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with leave to replead. Plaintiff shall file an amended complaint on or before August 17, 2018.   If Plaintiff fails to file an amended complaint, the Court will close the case.**

**ENTERED: August 1, 2018**

**FOR THE COURT:**

<u>s/ *Sue E. Myerscough*</u>
**SUE E. MYERSCOUGH**