# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| Tracey M. Gragg, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 18-3162 |
| American Intercontinental University, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).   CASE CLOSED.

**Dated: August 22, 2018**

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

